UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/12/2021
```

DELIA FARQUHARSON,

                Plaintiff,

   -against-

REGINALD LAFAYETTE, et al.,

                Defendant.

19 CV 3446 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On April 7, 2020, the Court issued an Opinion and Order granting Defendant's motion to dismiss and granting Plaintiff leave until May 29, 2020 to file an amended complaint as to any claims dismissed without prejudice. (ECF No. 49.) The Court indicated that "[f]ailure to file an amended complaint within the time allowed, and without good cause to excuse such failure, will result in the dismissal of Plaintiff's federal claims with prejudice and dismissal of her state law claims without prejudice so that she may re-file in state court." (*Id.*) Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

On June 21, 2021, the Court issued an Order to Show Cause directing Plaintiff to show cause in writing on or before July 21, 2021 why his claims against Defendant should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 50.) Plaintiff has not responded to the Order. Therefore, the federal claims previously dismissed without prejudice are dismissed with prejudice, and the state law claims are dismissed without prejudice.

The Clerk of Court is directed to terminate this case.

Dated: October 12, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge